# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3410
_____

DANIEL CHARLES YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

June 5, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Daniel Charles Young, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.